■ SOUTH LEWIS CENTRAL SCHOOL DISTRICT, Appellant, v MARGARET H. PITCHER, Respondent.—Order unanimously affirmed, with costs, on the opinion at Special Term, McLaughlin, J. (See *Board of Educ. v Lockport Educ. Assn.,* 64 AD2d 1027.) (Appeal from order of Lewis Supreme Court—arbitration.) Present—Dillon, P. J., Simons, Hancock, Jr., Callahan and Moule, JJ.